**Tony Lamar PUTMAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 78375**

Missouri Court of Appeals,
Western District.

FILED: March 29, 2016

Dora Fichter, Jefferson City, for respondent.

Jeannie M. Willibey, Kansas City, MO for appellant.

Before Division One: Lisa White Hardwick, Presiding Judge, Victor C. Howard and Gary D. Witt, Judges

**ORDER**

Per Curiam

Tony Putman appeals the judgment denying his Rule 24.035 motion after he pled guilty to forcible rape, second-degree robbery, and two counts of kidnapping and was sentenced to a total of 40 years in prison. Putman contends the motion court clearly erred in denying his post-conviction motion because he established that plea counsel misled him to believe that, if he pled guilty, he would receive a total sentence of only 20 years in prison. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the motion court's judgment.

AFFIRMED. Rule 84.16(b).